ACCEPTED
03-14-00701-CR
6030649
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 9:30:32 AM
JEFFREY D. KYLE
CLERK

## NO.  03-14-00701-CR

| | | | |
|---|---|---|---|
| **BARRY PIZZO** | § | **IN THE** | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | |
| **VS.** | § | **THIRD COURT** | 7/13/2015 9:30:32 AM |
| | § | | JEFFREY D. KYLE |
| **STATE OF TEXAS** | § | **OF APPEALS** | Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes BARRY PIZZO, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from the 207TH Judicial District Court of Comal County, Texas.

2.    The case below was styled the STATE OF TEXAS vs. BARRY PIZZO, and numbered CR-2013-146.

3.    Appellant was convicted of tow counts of TAMPERING WITH OR FABRICATING PHYSICAL EVIDENCE, felony offenses.

4.    Appellant was sentenced to imprisonment for LIFE in the Texas Department of Criminal Justice on counts one and two.

5.    Notice of appeal was given on November 5, 2014.

6.    The clerk's record was filed on February 5, 2015; the

reporter's record was filed on March 11, 2015.

7.    Appellant's brief was due on July 9, 2015.

8.    Appellant requests an extension of time to September 13, 2015, sixty days from this date.

9.    ***Current counsel*** has received no extensions to file the brief have been received in this cause.

10.    Defendant is presently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant was appointed on ***June 8, 2015***.  The court reporter's transcript is thirteen (13) volumes long.

Counsel for Appellant has reviewed a majority of the transcript but continues his initial review of the transcript.  Based on this initial reading of the first 7 volumes, it is apparent that there are a multitude of issues to be reviewed, researched and briefed.

Counsel for Appellant requests sixty (60) days to complete his review of the reporter's record, research and briefing.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem

appropriate.

Respectfully submitted,

The Pastrano Law Firm, P.C.
The Old Cotton Exchange Building
202 Travis Street, Suite 307
Houston, Texas 77002
713.222.1100-telephone
832.218.7114-facsimile


By:_____
   E. CHEVO PASTRANO
   State Bar No. 24037240
   chevo@pastranolaw.com

   ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that on July 13, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas, via facsimile and/or email.

_____
E. Chevo Pastrano

## CERTIFICATE OF CONFERENCE

This is to certify that on or before July 13, 2015, this office conferred with Mr. Josh Presley of the Comal County District Attorney's Office and the State has no objection to the motion for extension of time to file Appellant's brief.

_____
E. Chevo Pastrano

**STATE OF TEXAS**       §

                              §

**COUNTY OF HARRIS**      §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared E. Chevo Pastrano, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
E. Chevo Pastrano
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on July 13, 2015, to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas